UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| CARNEL BRYANT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CV416-077 |
| | ) | |
| CEDRIC TAYLOR, | ) | |
| | ) | |
| Respondent. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, doc. 27, to which no objection has been filed. Accordingly, the R&R is **ADOPTED**, and this case is **DISMISSED**. Bryant moves for a Certificate of Appealability (COA). Doc. 30. Finding no COA-worthy issues presented, it is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of September, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA